UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re: Case No. 21-10436 CLB

MD Ainul Hoque Chapter 7

Debtor(s)

---

APPLICATION TO EMPLOY REAL ESTATE AGENT

TO THE COURT:

JOSEPH G. FRAZIER, Trustee duly appointed and serving in the above case hereby requests an Order approving the employment of the person or firm indicated below, and submits the information recited below as required by Rule 2014.

SPECIFIC FACTS SHOWING NECESSITY FOR SUCH EMPLOYMENT:
The trustee believes that there is significant non-exempt equity in the debtor’s real property used as his homestead and seeks to employ the firm indicated below to provide a Certified Market Analysis. The trustee further seeks to potentially employ the firm listed below as the trustee’s real estate agent to market and sell that real property in the event that the Certified Market Analysis confirms the existence of non-exempt equity therein.

Property to be valued and sold: Real Property located at 51 East Depew Street, Buffalo, NY 14214,

PERSON OR FIRM TO BE EMPLOYED:
Berkshire Hathaway Home Services Zambito Realtors (Michael Manning)
3796 Lockport-Olcott Road, Lockport, New York 14094.

REASON FOR SELECTION OF THIS PARTICULAR PERSON OR FIRM:
This firm is a licensed Real Estate Broker and has expertise in the valuation and sale of real property throughout Western New York.

PROFESSIONAL SERVICE TO BE RENDERED: Preparation of a Certified Market Analysis to determine the fair market value of the real property and the listing, marketing and sale of the real property through a multiple listing agreement subject to further approval of the Court.

PROPOSED ARRANGEMENT FOR COMPENSATION:
The firm is to submit its invoices for the approval of the Court at standard rates for the type of services to be rendered. Standard realtor commission rates are 6% of gross sale price. Flat Fee for Certified Market Analysis in the amount of $200.00.
ALL OF SUCH PERSON'S OR FIRM'S CONNECTIONS WITH THE DEBTOR, CREDITORS, OR OTHER PARTIES IN INTEREST, OR THEIR RESPECTIVE ATTORNEYS AND ACCOUNTANTS: None

**ALL COMPENSATION IS SUBJECT TO COURT APPROVAL.**

DATED: August 19, 2021

*/s/ Joseph G. Frazier*_______
Joseph G. Frazier, Trustee